UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAGUETTE MONDESIR,<br><br>   *Plaintiff*,<br>v.<br><br>MARRIOTT INTERNATIONAL, INC. et al.<br><br>   *Defendants.* | Civil Action No. 22-1346(MCA)<br><br>ORDER |

  **THIS MATTER** comes before the Court by way of plaintiffs' motion to remand this case to state court, ECF No. 13;

  and it appearing that Judge Kiel issued a Report and Recommendation dated October 26, 2022, in which Judge Kiel recommended that this Court grant plaintiffs' motion to remand, ECF No. 13 and administratively terminate without prejudice motion to dismiss, ECF. No. 3; and

  it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

  it appearing that for the reasons set forth in Judge Kiel's Report and Recommendation;

  **IT IS** on this 17th day of November, 2022,

  **ORDERED** that Judge Kiel's Report and Recommendation dated October 26, 2022, is **ADOPTED** and plaintiffs' motion to remand ECF. No. 13 is **GRANTED,** defendants' motion to dismiss the complaint ECF. No. 3 is administratively terminated without prejudice, case is hereby **DISMISSED WITHOUT PREJUDICE** and this matter shall be **CLOSED.**

            *s/ Madeline Cox Arleo*
            **Hon. Madeline Cox Arleo**
            **United States District Judge**